Elliot Gale (Bar #263326)
egale@gajplaw.com
Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiff
Carol Dabboussi

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CAROL DABBOUSSI<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.<br><br>Defendant. | Case No.: 2:21-cv-01665-PA-JC<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT BANK OF AMERICA, N.A. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Carol Dabboussi and defendant Bank of America, N.A. have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.  Plaintiff anticipates filing a dismissal, with prejudice, of Bank of America, N.A. within 21 days once the settlement is finalized.

Dated:  April 26, 2021

                                                **Gale, Angelo, Johnson, & Pruett, P.C.**

                                                /s/ *Joe Angelo*
                                                Joe Angelo
                                                Attorney for Plaintiff